# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Maria T. Curiel and Martin L. Curiel, Respondents,

v.

Hampton County E.M.S., Petitioner.

Appellate Case No. 2013-000391

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Hampton County
Perry M. Buckner, Circuit Court Judge

---

Opinion No. 27496
Heard January 15, 2015 – Filed February 11, 2015

---

## DISMISSED AS IMPROVIDENTLY GRANTED

---

E. Mitchell Griffith and Mary E. Sharp, both of Griffith, Sadler & Sharp, P.A., of Beaufort, for Petitioner.

John S. Nichols, of Bluestein, Nichols, Thompson & Delgado, LLC, of Columbia, and H. Woodrow Gooding and Mark B. Tinsley, both of Gooding & Gooding, P.A., of Allendale, for Respondents.

---

**PER CURIAM:**  We granted certiorari to review the Court of Appeals' decision in *Curiel v. Hampton County E.M.S.*, 401 S.C. 646, 737 S.E.2d 854 (Ct. App. 2012). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**